

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00006-CV

| | | |
|---|---|---|
| Gerald Allen Perry | § | From the 30th District Court |
| v. | § | of Wichita County (174,149-A) |
| E.C. Williams, Warden; C. Vondra, Asst. Warden; Tammy A. Messimer, Property Officer; Frankie Haynes, Law Librarian; Rich Warden-Former; and Gene A. Kroll, Warden | § | June 20, 2013 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Ann Dauphinot